IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DARYL A. ROYSTER,**
    Plaintiff,

vs.                                          CASE NO.: 3:06cv263/MCR/MD

**ESCAMBIA COUNTY, RON MCNESBY,**
and **ESCAMBIA COUNTY AREA**
**TRANSIT ("E.C.A.T."),**
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 28, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    DONE AND ORDERED this 11th day of July, 2006.

                                          s/ _M. Casey Rodgers_
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**